UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

| Case No. | SACV 20-01831-CJC (ADSx) | Date | January 13, 2021 |
|---|---|---|---|
| Title | Kim Perez v. Experian Information Solutions, Inc. et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Cheryl Wynn | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION AND FAILURE TO COMPLY WITH THE COURT'S ORDER**

This action was filed on September 22, 2020. On January 4, 2021, the Court issued an Order that Plaintiff Show Cause in writing on or before **January 11, 2021** why Defendant **Quicken Loans** should not be dismissed for lack of prosecution. To date, Plaintiff has failed to respond to the Court's Order. The Court also notes that no other Defendant remains in the action.

The Court therefore **ORDERS** the dismissal of the *entire action* without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

-   :   -

Initials of Deputy Clerk   cw